E-FILED
Thursday, 09 January, 2020  09:25:58 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   20-MJ-6004 |
| | ) | |
| | ) | |
| | ) | |
| Joseph M. Graham | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 8, 2020 _____ in the county of _____ Peoria _____ in the _____ Central _____ District of _____ Illinois _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | using facilities of interstate commerce, that is a Motorola Moto Z4 cellphone, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Kurt Bendoraitis

_____
*Complainant's signature*

SA Kurt Bendoraitis, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

s/Jonathan E. Hawley

Date: _____ 01/09/2020 _____

_____
*Judge's signature*

City and state: _____ Peoria, Illinois _____

Jonathan E. Hawley, U.S. Magistrate Judge
_____
*Printed name and title*

**INTRODUCTION**

1.     I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.     The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Joseph Graham committed violations of Title 18, United States Code, Sections 2422(b).

## STATUTORY AND LEGAL AUTHORITY

3.      This investigation concerns violations of Title 18, United States Code,

Section 2422(b), relating to the enticement or the attempted enticement of minors to

engage in prostitution or any sexual activity for which any person can be charged.

Based upon my training and experience, as well as conversations with other

experienced law enforcement officers and experienced federal prosecutors, I know the

following:

     a.  18 U.S.C. 2422(b) prohibits using any facility or means of interstate

        commerce to knowingly persuade, induce, entice or coerce any individual

        who has not attainted the age of 18 years, to engage in prostitution or any

        sexual activity for which any person  can be charged, or attempt to do so.

     b.  The internet is a facility of interstate commerce.

### Definition of Terms

4.      The following terms used in this affidavit have the indicated meaning in

this affidavit:

     a.  The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the

        age of eighteen years.

     b.  The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as

        actual or simulated – (i) sexual intercourse, including genital-genital, oral-

        genital, anal-genital, or anal-oral, whether between person of the same or

        opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic

abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

   c.   The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

### Investigation

5.    On December 17, 2019, an FBI Online Covert Employee (OCE) was conducting an undercover investigation on the XtremBoy mobile application. XtremBoy is a homosexual fetish dating application. XtremBoy allows for private messages between users. OCE's profile had a description stating "Hey all, yound dad here that's business by day and playtime at night! Looking for another perv that enjoys daddy play and no limits."

6.    On December 17, 2019, a user with no screen name, later identified as Joseph Graham (**SUBJECT**), messaged OCE. Below is an excerpt from the conversation:

**SUBJECT**: Heyas

OCE: What's up

**SUBJECT**: Hope it's ok for a cub to say hi to you!

OCE: Not a problem

OCE: Are you into taboo, no limits, and family fun?

**SUBJECT**: I am, yeah.

**SUBJECT**: What all did you have in mind?

OCE: I like really young and sharing young. You like young too?

**SUBJECT**: I've never done anything, myself. But I first had sex when I was, seven.

OCE: Nice! Well my sons 8yo

**SUBJECT**: Well, I guess I can meet you both first, sometime.

**SUBJECT**: I have today off work, actually, but my schedule fluctuates

OCE: We can do that

OCE: You ever been with a young since you were older?

**SUBJECT**: Not really, no. But I have played with my dog.

OCE: What did you do with him?

**SUBJECT**: Let him fuck me, fucked him, and so on.

**SUBJECT**: My phone number is 3093571445 if you want to text or call.

**SUBJECT**: So, any huge kinks you have I should know about , outside the one already?

OCE: Cool I'll text you in a little bit

OCE: Not really that's probably my biggest

**SUBJECT**: Alrights

SUBEJCT: Hopefully you have a good day at work!

**SUBJECT**: Poke me anytime ya want, bud.

**SUBJECT**: Was wondering when you both are free to play

**SUBJECT**: Kind of really wanting to meet you all real soon

7.      Later on December 17, 2019 the conversation moved to text message

between OCE and **SUBJECT**:

OCE: Hey this is Conner from Xtremeboy

**SUBJECT**: Heyas, my name's joe. Glad to meet ya

OCE: Glad to meet you too

OCE: I'm glad to find someone else who likes really young too

**SUBJECT**: Well, I have today off work, but, any time you all want to meet up?

OCE: Dang, I'm working today [grumpy face emoji]

**SUBJECT**: I might be free this weekend during the day.

**SUBJECT**: Also was wondering if you're married, if it's ok to askm

OCE: That might work and I am. I hope that's cool

**SUBJECT**: It's fine. Just don't want you getting in trouble if we hang out.

OCE: Nah, that's nothing to worry bout

**SUBJECT**: Oh?

OCE: Did you enjoy sex when you were 7

**SUBJECT**: Loved it. You and your son play a lot?

OCE: Sweet and we do! Usually 2 or 3 times per week

**SUBJECT**: Nice!

OCE: You ever get to play with a young?

**SUBJECT**: Nah, I haven't

OCE: I was just curious if you had more fun being the older guy or the boy

**SUBJECT**: I'd have fun either way

OCE: I meant like when you were 7 versus now

**SUBJECT**: Aah, I was loving it at 7, haha

**SUBJECT**: But I'm versatile nowadays, so either way is fine, being top or bottom.

OCE: Nice! My boy probably about a year ago really started getting into it

OCE: Just to be upfront, I'm really only into really young boys. If that's not cool I understand

**SUBJECT**: That's fine!

**SUBJECT**: I'm just kinda glad I made a local friend

OCE: Me too!

OCE: It's really hard for me to find like minded people

**SUBJECT**: So, was it your idea or your son's to find someone else?

OCE: Its always been a dream if mine to watch him with someone else and I want to give someone else the chance to do more than just jack off

**SUBJECT**: Cause I'm honestly suprised you were so up front with me

OCE: I know what it was like before I had him and all I had was to just jack off

**SUBJECT**: Heh, well, if we get along well, I'd be his boyfriend, if he wants it, and you want it.

OCE: Well I don't like messing around and waste both out times lol

**SUBJECT**: Haha, I gotcha.

OCE: That would be so hot!

**SUBJECT**: You got a pic of you two at all?

OCE: [image of purported minor child's face] (Does not depict a real child)

OCE: Heres a pic of him

**SUBJECT**: Aah, ok!

OCE: I'm just thinking of you being his bf lol

**SUBJECT**: Oh?

OCE: Like it could be a regular thing

**SUBJECT**: Well, if he's oka with it, that is

OCE: You want me to make sure it's good with him beforehand or would you do that once you meet him

**SUBJECT**: Well, we can meet, unless ya want me texting him.

OCE: He doesn't have a phone so texting might be alittle hard lol

**SUBJECT**: Hahah, gotcha.

OCE: What do you think you'll start with on him?

**SUBJECT**: Well, I want to get to know what he likes the best.

**SUBJECT**: What about you? Anything you both love?

OCE: I love sucking his little dick and him sucking mine

**SUBJECT**: Oh, nice!

**SUBJECT**: Well, you're welcome to text me anytime. And you all play at home or go out and mess around?

OCE: Usually at home but he really likes hotels

**SUBJECT**: We can meet up some time, then! I would like just getting to know ya all, though.

OCE: That sounds good to me

**SUBJECT**: Great!

**SUBJECT**: Anything you want to do if we meet up?

OCE: I dont know. What would you want to do?

**SUBJECT**: Well, I'm up for hanging out, see how we click, and maybe playing around later.

OCE: Nice

OCE: How do you think you'll play

**SUBJECT**:  Well, I'm flexible to try anything.

OCE: Cool

OCE: I didnt know how you wanted to play with Hayden

OCE: Haydens my son

**SUBJECT**: Well, he's welcome to do what he wants with me.

OCE: Cool. I meant like what would you want to do with him?

**SUBJECT**: Well, I'd like to figure out what we would both like

OCE: Got it

**SUBJECT**: I'd like playing with his cock

OCE: That's hot

SUBEJCT: When are ya off work?

OCE: I'm just getting home now

OCE: Do you work the rest of the week?

**SUBJECT**: I work tomorrow, and have Thursday off, then work Friday and Saturday on a night shift.

OCE: Cool

**SUBJECT**: Can ya tell me what Hayden thinks about meeting me?

OCE: I can do that. I'll talk to him either before bed or tomorrow morning

OCE: Anything you want me to tell him?

**SUBJECT**: Whatever you think is best, really

**SUBJECT**: Hope you all are having a good evening.

OCE: Hey I talked with him before he went to bed I'll tell you bout it tomorrow!

**SUBJECT**: Okay, sounds good

**SUBJECT**: Hope you sleep well!

OCE: Have a good night

**SUBJECT**: Thanks, you too

      8.      On December 18, 2019, the conversation continues:

**SUBJECT**: Morning

OCE: Good morning!

**SUBJECT**: Hope you and Hayden slept well!

OCE: Definitely slept well

**SUBJECT**: Good, I'm glad!

OCE: I talked with Hayden and he was good with having playtime with you

OCE: That's what we call it, playtime

**SUBJECT**: Alrights!

**SUBJECT**: Alrights!

**SUBJECT**: I'd like playing with him, too.

OCE: Sweet

OCE: He was just curious what you would want to do with him

**SUBJECT**: Well, tell him I'm up for trying anything, it's his choice.

OCE: I told him that but he was still curious what you wanted to do

**SUBJECT**: Well, has he had anal at all?

**SUBJECT**: If he wants to try that we can.

OCE: I havent done a lot of anal with him. Just licking it right now

**SUBJECT**: Aah, ok. Well, if he wants me to, I can help him take his first. Or do you want to do that for him?

OCE: I would love watching you be his first anal

OCE: It's making me rock hard just thinking about it

**SUBJECT**: Good!

OCE: Think he will need anal lube?

**SUBJECT**: He would. I usually use silicone based.

OCE: Perfect

**SUBJECT**: When do you both want to meet up?

OCE: Soon!!!!!

**SUBJECT**: Alrights!

OCE: It's just gonna be hard with Christmas plans right now

**SUBJECT**: Totally understand

OCE: If you dont mind me asking, who started you off at a young age?

**SUBJECT**: Haha, was always interested in adults. Wanted to have adults play with me, too

OCE: Awesome!

OCE: I didnt know if it was like your dad or older bro

**SUBJECT**: Nah, never got to play with anyone

OCE: Cool

**SUBJECT**: What about you?

**SUBJECT**: Play with anyone as a kid

OCE: No but I wish I did!

OCE: Like when I was 14 there was a neighbor boy who was 6 and i played with him alittle

**SUBJECT**: Oh nice

OCE: You ever find any really young porn? I've been looking but havent found any. I want to show Hayden porn with someone his age

**SUBJECT**: I haven't really, no. Most I've done is talk to folks.

OCE: That's cool. I just don't know where to look for it

**SUBJECT**: Aah, ok.

**SUBJECT**: SO, what all else you guys want to do?

**SUBJECT**: Hanging out wise

OCE: Doesnt matter to me

OCE: Any ideas?

**SUBJECT**: Well, what hobbies you both got?

OCE: He likes to play baseball

**SUBJECT**: Heys bud, hope ya had a good day.

OCE: Hey its going alright. Still at work. Hkws your day?

**SUBJECT**: It went OK, just got off work, got tomorrow off

OCE: That's good

OCE: Can I text you alittle later

OCE: Trying to get done here

**SUBJECT**: Of course!

**SUBJECT**: Take care

**SUBJECT** How goes?

9.    The conversation continues on December 19, 2019:

**SUBJECT**: Hope you all slept well, bud.

OCE: Yes I did! How did you sleep

**SUBJECT**: I slept alright. No real plans today though, except for seeing the Star Wars movie tonight.

**SUBJECT**: Oh, by the way, I was curious what all you do for work? I used to work for Paypal, but just working for McDonalds now. Being in support escalations was rough.

OCE: I can see that! I work in manufacturing

OCE: I'm in maintenance so when something breaks down I'm there until it's fixed

**SUBJECT**: Aah, ok!! I assume at Caterpillar or Komatsu, or one of the big industry ones?

OCE: Its not one of those but similar

OCE: How long have you been at McDonalds?

**SUBJECT**: Not that long, but it's less stressful than where I was.

**SUBJECT**: By the way was wondering if you and Hayden make out a lot

OCE: Not like alot but we do make out. Usually it leads to more

**SUBJECT**: Would love seeing you two make out.

OCE: That can definitely happen

OCE: You just want to make out with Hayden ?

**SUBJECT**: Well, if he wants to.

**SUBJECT**: It's all up to him if he wants to do anything at all.

OCE: I was just seeing what you wanted to do

**SUBJECT**: Well, I don't wanna force anything, heh.

OCE: I mean nothing will be forced

**SUBJECT**: Well, you know what I mean. I don't wanna be pushy

OCE: Your not being pushy. I was just curious what you would want to do

OCE: What's up

**SUBJECT**: Not much. You, bud?

OCE: Not a whole lot. Just finishing up at work

**SUBJECT**: Gotcha

**SUBJECT**: Hope it gies smoothly

**SUBJECT**: *gors

**SUBJECT**: I can't type today.

OCE: Haha that's cool

OCE: I know how those days are

**SUBJECT**: How was your evening bud?

OCE: Not too bad. Finally got to realx at home for a bit

OCE: How bout yoh

OCE: You

**SUBJECT**: Doing ok, gonna be going to bed soon.

OCE: Me too. Nice to get some sleep

**SUBJECT**: Do you sleep with Hayden at all? Or not really.

10.     The conversation continued on December 20, 2019:

**SUBJECT**: Morning bud

OCE: Sometimes. It's hard cuz my wife is around for that.

OCE: Hows your morning going

**SUBJECT**: It's going OK so far.

**SUBJECT**: Heh, should be sleeping with Hayden more than your wife. He's more your husband at this point

OCE: I know!!! That's how I feel too

**SUBJECT**: Ever considered a divorce at all? Or are you gonna try for another kid?

OCE: Nah, I mean like I love her but I have a secret side

**SUBJECT**: Haha, gotcha

**SUBJECT**: So, you all have any plans after Christmas at all?

OCE: After Christmas I do not have any and will be pretty wide open

**SUBJECT**: Alrights!

**SUBJECT**: Also, since you've sen my face, can I see yours?

OCE: [Image of Agent wearing safety glasses and a hard hart]

OCE: Yeah, sorry I'm at work but heres one

**SUBJECT**: You look good!

OCE: Thank you

OCE: My wife's working later this evening and I'm gonna have Hayden alone!

**SUBJECT**: Have fun! [smiley face with eyes closed]

**SUBJECT**: Would love seeing you two together

OCE: Haha what would you want to see?

**SUBJECT**: Well, anything and everything, honestly

OCE: Lol well if you could only have 2 pics what would you want?

**SUBJECT**: I'm not sure really. Hayden's choice how he wants to show off, then!

OCE: You are really indecisive lol

**SUBJECT**: Heh, I kind of am sometimes.

OCE: Hayden will show anything I was just seeing what you wanted to see

**SUBJECT**: Well, I'd love seeing him naked on your lap

OCE: Nice

OCE: I'm probably going to have him suck my dick tonight

**SUBJECT**: Nice

**SUBJECT**: How are ya both?

**SUBJECT**: Hope work went well, bud

11.    The conversation continued from December 21, 2019 through January 1,

2020. The following is a summary of the conversation between **SUBJECT** and OCE.

**SUBJECT** told OCE that **SUBJECT** had work off and assumed OCE had to work and

Hayden had to go to school. OCE asked **SUBJECT** if he actually wanted to play with

Hayden and if not it was not a big deal. **SUBJECT** replied he was not pushy and was

laid back. OCE then told **SUBJECT** that it was not like just meeting someone for coffee.

**SUBJECT** replied he just wanted to make sure Hayden and OCE both wanted it.

**SUBJECT** stated Hayden was welcome at his place to hang out anytime. **SUBJECT** and

OCE talk about their Christmas plans. **SUBJECT** asked multiple times when OCE was

working and stated he wanted to meet OCE and Hayden first. **SUBJECT** asked OCE if

OCE was a cop. Both told each other they were not cops. **SUBJECT** stated he drove a

jeep with a "support our boys in blue" sticker on it. **SUBJECT** discussed being

Hayden's first anal experience but only if Hayden wanted it.

     12.    The conversation continued on January 2, 2020 and below is an excerpt:

OCE: After we meet, would you want to take a test drive with Hayden?

**SUBJECT**: Sure, I guess. I hope we all click well

OCE: Yea me too!

OCE: If we click, what will you want to do with Hayden?

**SUBJECT**: Well, anything he wants, really. If he and I click well, and he wants to, I'd

like to ask your permission to date him.

OCE: Of course you could

OCE: How would that date go?

**SUBJECT**: Well, Id like going to the movies, and dinner with him, then back to my place if he wants, to do more

**SUBJECT**: Is there anything Hayden would like most?

OCE: He likes pizza alot

**SUBJECT**: He like Monicals at all?

OCE: What would you guys do back at your place?

OCE: He loves monicals

**SUBJECT**: Hey shun, hope your trip was safe.

**SUBJECT**: and I'm up for pretty much anything he wants, if he just wants videogames or sex and more.

13.     On January 6, 2020, the conversation continued between **SUBJECT** and OCE. OCE told **SUBJECT** he was going to be off on Wednesday and **SUBJECT** said he was also going to be off. OCE and **SUBJECT** setup a time and place for **SUBJECT**, OCE, and Hayden to meet. The plan was to meet at Starbucks near Emo's ice cream on Wednesday.

14.     On January 7, 2020, the conversation continued between **SUBJECT** and OCE:

OCE: How was work?

**SUBJECT**: It went ok so far

OCE: Cool

**SUBJECT**: What are you up to? [smiley face]

OCE: Just got home and making dinner for Hayden

**SUBJECT**: Nice, nice

OCE: Hes excited for tomorrow

**SUBJECT**: Yeah, me too [thumbs up]

**SUBJECT**: Too bad ya can't have him call off sick, spend the day together.

OCE: I wish I could!

OCE: What would we do all day lol

**SUBJECT**: Would definitely cuddle you and Hayden, and try everything Hayden wants, heh

OCE: Haha well I talked with him and he is good for anything

**SUBJECT**: Alrights!

OCE: If out meet goes good did you want to try something tomorrow with Hayden?

**SUBJECT**: Well, we can, if things go well and we click well.

OCE: Just checking is all. I'm not looking to meet unless ite heading somewhere you know?

**SUBJECT**: Definitely

OCE: So if it all goes well what would you want to do with Hayden?

**SUBJECT**: Well, we gonna go back to your place or a hotel?and I've got a lot of ideas, but I wanna tell ya in person, hehe. Want to keep SOME surprises!!

OCE: Haha! My wife's working we could come back to our place! And at least give me something lol [tongue out emoji]

**SUBJECT**: Hehe, ok, definitely gonna tease ya, but a threesome sound fun?

OCE: Yea but the first I'd rather just make it about Hayden if that's cool

**SUBJECT**: Definitely!

OCE: Can you give me something lol

OCE: Just a little lol

**SUBJECT**: Haha, I wanna keep you would up and curious!

OCE: Haha!!!

OCE: I definitely am!

OCE: Cant wait!

OCE: Were sitting down to eat, I'll text you alittle later tonight

**SUBJECT**: Sounds good!

**SUBJECT**: Is it just you and Hayden

OCE: I wish! My wife woke up because shes trying to get one cycle for her night shift tomorrow

OCE: Hows your evening going

15.     On January 8, 2020, the conversation continues between **SUBJECT** and OCE:

**SUBJECT**: Not bad!

**SUBJECT**: Went to bed early though

OCE: Haha I know how that is. It's my day off and I'm up early lol

**SUBJECT**: Same. Not sure what to do today

OCE: You still want to meet?

**SUBJECT**: Sure. What time?

OCE: Hayden gets out at 320 so want to meet at 330

**SUBJECT**: Sounds good

OCE: Will you bring the anal lube?

OCE: For Hayden

**SUBJECT**: We can get some from Walgreens, across the road.

OCE: Sounds good

OCE: Hayden maybe alittle nervous at first but he really likes skittles, just giving you a heads up

**SUBJECT**: Alrights!

OCE: I know you were teasing me last night but can you give me just a little [smiley face with eyes closed]

OCE: [gif of Winnie the Pooh holding a spoon and knife]

**SUBJECT**: Heh, well, I'm thinking we can just start out slow, playing around, and see where things go.

OCE: I like that. That's a good idea. SO like just a bj with Hayden first then

**SUBJECT**: Mhm

OCE: That's good, no need to rush into anal the first time lol

16.      A search of a public data base revealed telephone number 309-357-1445 was used by Joseph Graham with an address of 556 Baxter Ct, Canton, IL and date of birth June 1, 1992. An identification photograph was obtained for Graham and was

consistent with the profile picture of **SUBJECT** from XtremBoy. Graham also had a 1998 Silver Jeep Cherokee registered to him.

17.     On January 8, 2020 at approximately 4:03PM, Special Agents observed a silver Jeep pull into the Starbucks parking lot located at 3706 N Prospect Road, Peoria, IL. A male matching the description of Graham exited the vehicle and walked into Starbucks. Special Agents identified themselves and placed Graham into custody. While being walked out of Starbucks, Graham stated he was glad to see them.

18.     An interview was conducted immediately after Graham being placed into custody. Graham was read his Miranda warnings and agreed to speak with Special Agent and Illinois State Trooper. Graham stated he was the one having the conversation with OCE and met OCE on the application XtremBoy. Graham stated he was there to make sure Hayden was safe and Graham was going to call the police if the OCE and Hayden were there. Graham stated he did not call the police or report to anyone the conversations with OCE.

## Conclusion

19.     Based on the foregoing, I submit that there is probable cause to believe that between December 17, 2019 and January 8, 2020 the **SUBJECT** using a facility and means of interstate commerce, a Motorola Moto Z 4 mobile phone, to access the Internet, knowingly attempted to persuade, induce, and entice an individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b).

FURTHER AFFIANT SAYETH NOT.

s/Kurt Bendoraitis

_____

Kurt Bendoraitis, FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 9th day of January, 2020.

s/Jonathan E. Hawley

Honorable Jonathan E. Hawley

United States Magistrate Judge